# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Wilfong Properties, LLC ,

    Plaintiff(s),

JUDGMENT IN A CIVIL CASE

vs.

3:11cv270

The Official Consolidated Committee of Unsecured Creditors,

    Defendant(s).


DECISION BY COURT. This action having come before the Court by Hearing on Bankruptcy Appeal and Oral Ruling of the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 11/23/11 Order.

November 23, 2011

FRANK G. JOHNS, CLERK

BY: *Susan Hankins*

Susan Hankins, Deputy Clerk